Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail:  MRobles@shookandstone.com

Attorneys for Plaintiff Angela S. Sandusky

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA S. SANDUSKY, | Case No.: 2:23-cv-00003-EJY |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Angela S. Sandusky and Kilolo Kijakazi, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from April 5, 2023 to May 3, 2023, for Plaintiff to send her Motion for Remand/Reversal with all other dates in the

Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel has experienced a sudden medical issue which has resulted in emergency medical leave.

DATE: April 3, 2023　　　　Respectfully submitted,

　　　　　　　　　　　　　　LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

　　　　　　　　　　　　　　　/s/ *Marc V. Kalagian*
　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　Marc V. Kalagian
　　　　　　　　　　　　　Attorney for plaintiff Angela S. Sandusky


DATE: April 3, 2023　　　　JASON M. FRIERSON
　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　/s/ *Michael K. Marriott*
　　　　　　　　　　　BY: _____
　　　　　　　　　　　　　Michael K. Marriott
　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　|*authorized by e-mail|

**ORDER**

IT IS SO ORDERED:

DATED: April 3, 2023

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE