1 | JASON M. FRIERSON
United States Attorney
2 | Nevada Bar No. 7709
MICHAEL J. MULLEN, Washington Bar No. 54288
3 | Special Assistant United States Attorney
Office of the General Counsel
4 | Social Security Administration
6401 Security Boulevard
5 | Baltimore, MD 21235
Telephone: (206) 615-2748
6 | Facsimile: (206) 615-2531
E-Mail: michael.j.mullen@ssa.gov
7
8 | Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ANGELA S. SANDUSKY, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:23-cv-00003-EJY |
| | ) | |
| v. | ) | **UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| | ) | (***FIRST REQUEST***) |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, the Commissioner of Social Security, respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Motion for Reversal and/or Remand (Dkt. No. 12, filed on May 3, 2023), currently due on June 2, 2023, by 28 days, through and including June 30, 2023. Defendant further requests that all subsequent deadlines set forth in the Court's scheduling order (Dkt. Nos. 5 & 11) be extended accordingly.

This is Defendant's first request for an extension of time. Good cause exists for this extension due to Defendant's counsel's workload, as described below. In the span of six workdays, Defendant's

counsel has nine briefing deadlines, including this matter. In May 2023, counsel completed numerous other briefing assignments, including two Ninth Circuit answering briefs. Although counsel has exercised due diligence, the requested additional time is necessary.

Additional time is required to review the record, to evaluate the issues raised in Plaintiff's motion, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

On May 31, 2023, counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion.

It is therefore respectfully requested that Defendant be granted an extension of time to respond to Plaintiff's Motion for Reversal and Remand, through and including June 30, 2023.

Dated: June 1, 2023              Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Michael J. Mullen*
MICHAEL J. MULLEN

Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 1, 2023

2